*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                    519434
_____

THE PEOPLE OF THE STATE OF
    NEW YORK ex rel. RAFAEL
    AGOSTO,
                    Appellant,

        v                                    MEMORANDUM AND ORDER

PAUL CHAPPIUS JR., as
    Superintendent of Elmira
    Correctional Facility,
                    Respondent.
_____

Calendar Date:  May 5, 2015

Before:  McCarthy, J.P., Rose, Lynch and Clark, JJ.

_____


        Rafael Agosto, Comstock, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Martin A.
Hotvet of counsel), for respondent.

_____


        Appeal from a judgment of the Supreme Court (Hayden, J.),
entered November 26, 2013 in Chemung County, which denied
petitioner's application for a writ of habeas corpus, in a
proceeding pursuant to CPLR article 70, without a hearing.

        Judgment affirmed.  No opinion.

        McCarthy, J.P., Rose, Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court